ACCEPTED
14-15-00696-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 8:20:53 AM
CHRISTOPHER PRINE
CLERK

# The Love DuCote Law Firm
## A Limited Liability Company

Leigh Love
Attorney at Law
leigh@loveducotelaw.com

4610 Sweetwater Blvd., Suite 210
Sugar Land, Texas 77479
832.471.6904 phone
832.553.7765 facsimile

Jeremy B. DuCote
Attorney at Law
jeremy@loveducotelaw.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 8:20:53 AM
CHRISTOPHER A. PRINE
Clerk

October 6, 2015

***Via E-Filing***
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

Re: 14-15-00696-CV; In the Court of Appeals for the Fourteenth District at Houston, Texas; *In Re J.C., Appellant vs. The State of Texas, Appellee*, On Appeal from the County Court at Law No. Four (4), Sitting as a Juvenile Court, of Fort Bend County, Texas, Cause No. 14-CJV-018909

Dear Justices:

Please allow this letter to serve as Appellant's response to your request regarding whether the 14th Court of Appeals' appellate jurisdiction was properly invoked.

### APPELLANT INVOKED THIS HONORABLE COURT'S APPELLATE JURISDCITION

The question presented is whether Appellant filed written notice of appeal. This Court notes in its letter to appellate counsel on September 23, 2015, that the Clerk's Record filed September 1, 2015, reflects the trial court entered an order memorializing appellant's oral notice of appeal which was given by Appellant on May 13, 2015. However, in addition to the court receiving oral notice of appeal, the court also received written notice of appeal on May 18, 2015, when Appellant filed Respondent's Motion to Substitute Counsel. *See* Appellant's Exhibit A, attached hereto.

In said motion, trial counsel informed the court of Respondent's intent to appeal his case. Specifically,

the motion states, "[t]he Respondent has communicated to his attorney of record a desire to appeal this case to the Court of Appeals…." *See* Exhibit A. This notice of appeal was included in the body of a motion entitled "Respondent's Motion to Substitute Counsel," but nonetheless satisfies the notice requirements outlined in the Texas Rules of Appellate Procedure.

## APPELANT GAVE TIMELY, WRITTEN NOTICE OF APPEAL

The notice of appeal in the instant case is proper because it comports with the rule governing the direct appeal of a criminal case, namely Tex. R. App. Pro. 25.2, et. seq. Specifically, the requirements of Tex. R. App. Pro. 25.2 are satisfied because the notice of appeal at issue (1) was timely filed; (2) is in writing, (3) specifies Respondent's desire to appeal, and (4) was filed with the trial court. (See Tex. R. App. Pro. 25.2 (c), *Form and Sufficiency of Notice,* stating that (1) "notice must be given in writing and filed with the trial court clerk" and (2) "notice is sufficient if it shows the party's desire to appeal from the judgment or other appealable order….").

Moreover, a "general" notice is sufficient if the appeal is from a judgment rendered by a jury or judge after a trial, which is what transpired in the case at bar. Thus, the appeal was perfected when trial counsel timely filed it on May 18, 2015.

## APPELLANT MADE A BONA FIDE ATTMEPT TO INVOKE THIS COURT'S APPELLATE JURSIDICTION

It is a well-settled proposition that a court of appeals has jurisdiction over an appeal if the appellant timely files an instrument in a bona fide attempt to invoke the appellate court's jurisdiction. *Verburgt v. Dorner,* 959 SW 2d 615 (1997). *Verburgt* also reaffirms the principle that "appellate courts should not dismiss an appeal for a procedural defect whenever any arguable interpretation of the Rules of Appellate

procedure should preserve the appeal." Clearly, Appellant made a bone fide attempt to invoke this Honorable Court's jurisdiction when he filed a motion which specifically stated that he has "a desire to appeal this case to the Court of Appeals." *See* Exhibit A.

It is abundantly clear that all of the parties involved have knowledge that Appellant timely expressed his desire to appeal when the Motion to Substitute Counsel and the the trial court's order memorializing appellant's oral notice of appeal given on May 13, 2015, are reviewed. Based on the foregoing, it is also clear that this Honorable Court's jurisdiction was properly invoked. Additionally, it is important that the Appellant in this case is a juvenile. Certainly, additional latitude should be given in matters concerning juveniles, especially since the courts have a duty to protect children's rights.

## AMENDED NOTICE OF APPEAL

Should this Honorable Court determine that the notice of appeal is defective simply because it was not labeled "Notice of Appeal" or is defective for some other reason, Respondent respectfully files an amended notice of appeal pursuant to Tex. R. App. Pro. 25.2 (f) and Tex. R. App. Pro. 37.1. Respondent contends his amended notice is proper and timely filed because it is filed prior to the filing of Appellant's brief. See Appellant's Exhibit B, attached hereto.

In accordance with Appellant's contention, the Court of Criminal Appeals stated that "[f]or judges, defendants, and prosecutors to err is human, but to repair is now possible. The Texas Rules of Appellate Procedure were amended in 2002 to prevent trivial, repairable mistakes or defects from divesting appellate courts of jurisdiction to consider the merits of both State and defense appeals in criminal cases. Defective notices of appeal many now be amended 'at any time

before the appealing party's brief is filed,'" *Few v. State*, 230 S.W.3d 184, 187 (Tex. Crim. App. 2003) *citing* Tex. R. App. Pro. 25.2(f). <u>See</u> <u>Also</u> *Grand Prairie Independent School District v. S. Parts Imps., Inc.*, 813 S.W.2d 499, 500 (Tex. 1991) (<u>holding</u> that a court of appeals may not dismiss an appeal in which the appellant filed the wrong instrument required to perfect the appeal without giving the appellant an opportunity to correct the error, as long as the instrument was timely filed in a bona fide attempt to invoke the appellate court's jurisdiction.) If the courts are going out of their way to not infringe upon a defendant's constitutional right to appeal, then again, even more deference should be given to a child's constitutional right to appeal, especially when the child has been subjected to the loss of his liberty and has been institutionally confined, as in the case at bar.

Appellant respectfully requests that this Honorable Court recognize his timely-filed, original notice of appeal given in his Motion to Substitute Counsel. In the alternative, should this Court find that the original notice was defective, Appellant respectfully requests this Court to allow him the opportunity to cure any defect and recognize his Amended Notice of Appeal.

Furthermore, should this Honorable Court desire additional information or have further questions, Appellant respectfully requests the opportunity for formal briefing and argument on the matter before this Court makes its final decision.

Respectfully submitted,

Leigh Love
Attorney at Law

cc: John Harrity
    Counsel for Appellee
    Fort Bend County District Attorney's Office
    via email to John.Harrity@fortbendcountytx.gov

14-CJV-018909
MOSU
Motion on Substitution
3692297

## CAUSE NO. 14-CJV-018909

| | | |
|---|---|---|
| IN THE MATTER OF | § | COUNTY COURT AT LAW NO. 4 |
| J.C., | § | SITTING AS A JUVENILE COURT |
| A JUVENILE | § | FORT BEND COUNTY, TEXAS |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jonathan Casey, Respondent in the above-styled and numbered cause, by and through his attorney of record, Andrew Dornburg, and moves this Honorable Court, to grant this Motion to Substitute Counsel and new appellate counsel. In support of said motion, Respondent would show the following:

### A. Background

The Respondent stands adjudicated as having engaged in delinquent conduct by committing the offense of Aggravated Robbery on or about May 2, 2014. The Respondent's case was concluded after the disposition phase of trial on May 13, 2015.

### B. Request to Substitute Counsel

The Respondent has communicated to his attorney of record a desire to appeal this case to the Court of Appeals, and therefore is requesting appellate counsel be appointed. To avoid any possible conflict, his attorney of record requests that new appellate counsel be appointed to represent the Respondent at the appellate level.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Respondent moves this Honorable Court to grant Respondent's Motion to Substitute Counsel, and for all other relief, either in law or in equity, to which Respondent may be entitled.

Respectfully submitted,

By: _____
Andrew Dornburg
State Bar Id. 24049861
201 Jackson St., 2nd Floor
Richmond, Texas 77469
(832) 449-6116 Office
(832) 553-7273 Facsimile
**ATTORNEY FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Respondent's Motion for Continuance was served upon the Assistant District Attorney of Fort Bend County on this the 18th day of May, 2015 as set forth below:

**Via Hand Delivery**

_____
Andrew Dornburg

FILED
MAY 18 PM 4:58
COUNTY CLERK
FORT BEND COUNTY, TEXAS

# IN THE COURT OF APPEALS FOR THE
# FOURTEENTH DISTRICT AT HOUSTON TEXAS

## NO.  14-15-00696-CV

**JONATHAN CASEY**
**County**
Appellant,

On Appeal from the

Court at Law No. Four

(4), Sitting as a

Juvenile Court, Fort

Bend County, Texas

Cause #14-CJV-018909

**THE STATE OF TEXAS**
Appellee

---

## APPELLANT'S AMENDED NOTICE OF APPEAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Jonathan Casey, Appellant in the above-styled and numbered cause, and gives this amended written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Jonathan Casey.

Appellant further shows that written notice of appeal was effected by providing notice within Respondent's Motion to Substitute Counsel filed on May 18, 2015 by ANDREW DORNBURG, Appellant's trial attorney of record, attached as Exhibit A.

Respectfully submitted,

The Love DuCote Law Firm LLC
4610 Sweetwater Blvd.
Suite 210
Sugar Land, Texas 77479
832.471.6904 phone
832.553.7765 facsimile

By: _____
LEIGH LOVE
State Bar No. 24058364
leigh@loveducotelaw.com

ATTORNEY FOR APPELLANT
JONATHAN CASEY

## CERTIFICATE OF SERVICE

This is to certify that on <u>October 6th, 2015</u>, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, 1422 Eugene Heimann Circle, Richmond, Texas 77469, by facsimile transmission to 281.341.4440 and by email to John.Harrity@fortbendcountytx.gov.


LEIGH LOVE

CAUSE NO. 14-CJV-018909

| IN THE MATTER OF | § | COUNTY COURT AT LAW NO. 4 |
|---|---|---|
| | § | |
| J.C., | § | SITTING AS A JUVENILE COURT |
| | § | |
| A JUVENILE | § | FORT BEND COUNTY, TEXAS |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jonathan Casey, Respondent in the above-styled and numbered cause, by and through his attorney of record, Andrew Dornburg, and moves this Honorable Court, to grant this Motion to Substitute Counsel and new appellate counsel. In support of said motion, Respondent would show the following:

### A. Background

The Respondent stands adjudicated as having engaged in delinquent conduct by committing the offense of Aggravated Robbery on or about May 2, 2014. The Respondent's case was concluded after the disposition phase of trial on May 13, 2015.

### B. Request to Substitute Counsel

The Respondent has communicated to his attorney of record a desire to appeal this case to the Court of Appeals, and therefore is requesting appellate counsel be appointed. To avoid any possible conflict, his attorney of record requests that new appellate counsel be appointed to represent the Respondent at the appellate level.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Respondent moves this Honorable Court to grant Respondent's Motion to Substitute Counsel, and for all other relief, either in law or in equity, to which Respondent may be entitled.

Respectfully submitted,

By: _____
Andrew Dornburg
State Bar Id. 24049861
201 Jackson St., 2nd Floor
Richmond, Texas 77469
(832) 449-6116 Office
(832) 553-7273 Facsimile
**ATTORNEY FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Respondent's Motion for Continuance was served upon the Assistant District Attorney of Fort Bend County on this the 18th day of May, 2015 as set forth below:

**Via Hand Delivery**

_____
Andrew Dornburg

FILED
MAY 18 PH 4:58
COUNTY CLERK
FORT BEND COUNTY, TEXAS